JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSEPH VICTOR LAGANA, | No. CV 19-00456-DOC (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 11, 2019

*David O. Carter*

DAVID O. CARTER
United States District Judge